## Pujals *v.* Carlo.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 118.—Resuelto en Noviembre 21, 1904.

Divorcio—Impotencia.—Fundada una demanda de divorcio en la impotencia absoluta, perpetua é incurable de uno de los conyuges, sobrevenida despues del matrimonio, deberá acreditarse tal causa cumplidamente.

### EXPOSICIÓN DEL CASO.

En los autos del juicio declarativo seguido ante el extin-

guido Tribunal del Distrito de Mayagüez, entre partes, de la una, como demandante, Don Eleuterio Pujals y Quiñones, escribiente domiciliado en aquella Ciudad, representado y defendido por el Abogado Don Antonio Manrique de Lara, en un principio, y después por los de la misma clase Don Ignacio Hidalgo y Don Herminio Díaz Navarro, este último nombrado de oficio para llevar su representación y defensa ante este Tribunal Supremo, y de la otra, como demandada, Doña María Carlo y Ramírez, del domicilio de San Germán, defendida por el Abogado Don Miguel Juan y Llaneras, en la primera instancia, no habiendo comparecido ante este Tribunal Supremo, y el Ministerio Fiscal, sobre divorcio; cuyos autos penden ante Nos á virtud del recurso de apelación interpuesto por la representación del demandante contra la sentencia dictada por el referido Tribunal de Distrito de Mayagüez, que copiada á la letra dice así:

"*Resultando:* que Don José Eleuterio Pujals, celebró matrimonio religioso, con Doña María Carlos, en la ciudad de San Germán, el treinta de Octubre de 1883.

*Resultando:* que Don Eleuterio Pujals y Quiñones, interpuso su demanda, contra Doña María Carlos y Ramirez, exponiendo, que un año después de su matrimonio, su esposa se sintió atacada de una terrible enfermedad, que le postró en cama, de la que no ha podido curarse, perdiendo todos sus movimientos, hasta quedar impotente, desde hace algunos años, para la generación, de un modo absoluto é incurable, sin ser posible el cumplimiento de los actos matrimoniales, padecimiento que ha sufrido Pujals con la esperanza de que recobrase la salud, pero lejos de ser así, cada vez ha sido más intenso el mal, hasta llegar al caso que motiva la demanda, por lo cuál intentó la conciliación que le impone la Ley, alegando, que el divorcio puede decretarse entre otras causas, por impotencia física absoluta é incurable para la procreación, que sobrevenga después de contraido el matrimonio ,según el artículo 19 de la Ley de matrimonio civil, y que por la Ley Foraker se hizo extensivo á los contratantes en matrimonios religiosos, todos los derechos de dicha ley civil, lo cual también confirma el Código vigente, y terminó suplicando, que se declarase con

lugar el divorcio de Don Eleuterio Pujals y Quiñones con su esposa, con todo lo demás necesario, á todos sus efectos.

*Resultando:* que admitida la demanda, fueron emplazados Doña María Carlos y Ramirez y el Ministerio Fiscal, contestando la primera, que la causa fundamental de la demanda, era ilusoria, porque si bien era verdad que Doña María Carlos y Ramírez, después de un año de celebrado su matrimonio se enfermó de reuma articular ,no pudiendo por esa causa ejercer algunas funciones corporales, sin embargo, tal estado no le privó de ninguno de sus órganos generadores, ni le ha inhabilitado para los actos del matrimonio, por lo cual suplicaba, que se declarase sin lugar la demanda interpuesta, con, lo demás procedente en justicia.

*Resultando:* que señalado día para una comparecencia las partes propusieron la prueba de peritos, y se señaló día para el juicio oral, al que concurrió como tal, el Dr. Don Euripides Lopez, aceptado por ambos litigantes, quién manifestó en el acto del juicio, que Doña María Carlos Ramirez no estaba privada de realizar el coito.

*Resultando:* que en el presente juicio se han cumplido todas las prescripciones de Ley.

*Visto:* siendo Juez Instructor para la redacción de esta sentencia el Sr. James A. Erwin.

*Considerando:* que la impotencia absoluta, perpétua é incurable, sobrevenida después del matrimonio, no ha sido acreditada en estos autos.

*Vista:* la causa 6ª. del art. 164 del Código Civil y el artículo 63 de la Orden General No. 118, série de 1899.—Fallamos que debemos declarar y declaramos sin lugar la demanda de divorcio interpuesta por Don Eleuterio Pujals y Quiñones, contra Doña María Carlos y Ramirez, y en su consecuencia absolvemos á ésta de dicha demanda, con las costas á Don Eleuterio Pujals y Quiñones.—Así por esta nuestra sentencia, lo pronunciamos, mandamos y firmamos, Arturo Aponte, J. A. Erwin, Enrique Gonzalez Darder.''

*Resultando*: que contra esta sentencia interpuso la representación del demandante Don Eleuterio Pujals y Quiñones, recurso de apelación, que le fué admitido libremente y en ambos efectos, y que elevados los autos á esta Superioridad, con citación y emplazamiento de las partes, y tramitado en forma el recurso, se señaló día para la vista, á cuyo acto concurrieron el abogado defensor de la parte apelante Don Her-

minio Díaz Navarro y el Fiscal de este 'Tribunal Supremo, quien impugnó el recurso.

Abogado del apelante: *Sr. Díaz Navarro.*

Abogado del Pueblo: *Sr. Rossy, Fiscal.*

La parte apelada no compareció.

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Acptando* los fundamentos de hecho y de derecho de la sentencia apelada.

*.Fallamos:* que debemos confirmar y confirmamos la expresada sentencia, con las costas á cargo del apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Mac-Leary y Wolf.